**Theodore SWINK, Jr.,**
**Employee/Respondent,**

v.

**CITY OF ST. LOUIS,**
**Employer/Appellant.**

**No. ED 81202.**

Missouri Court of Appeals,
Eastern District,
Division Five.

June 10, 2003.

Patricia A. Hageman, Mark J. O'Toole, St. Louis, MO, for appellant.

Martin, Malec and Leopold, James M. Martin, St. Louis, MO, for respondent.

Before LAWRENCE E. MOONEY, C.J., LAWRENCE G. CRAHAN, J., CHARLES B. BLACKMAR, SR. J.

*ORDER*

PER CURIAM.

The City of St. Louis appeals the award of the Labor and Industrial Relations Commission ("Commission") granting Theodore Swink, Jr. workers' compensation benefits. We have reviewed the briefs of the parties and the record on appeal and find that the Commission's award is supported by substantial evidence and is not against the weight of the evidence. A detailed opinion would be of no precedential value. We have, however, provided the parties with a brief memorandum opinion, for their information only, explaining the reasons for our decision. The award is affirmed pursuant to Rule 84.16(b).